UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARTEL ARTIS,

Petitioner,

v.

WARDEN OF HIGH DESERT STATE PRISON, *et al.*,

Respondents.

Case No. 2:25-cv-02190-ART-NJK

ORDER

*Pro se* Petitioner Martel Artis has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1 ("Petition").) Artis has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the 6-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

It is therefore ordered that on or before December 12, 2025, unless more time is requested and approved by the Court, Artis must (1) file an IFP application on the approved form with the three supporting documents listed above, or (2) pay the $5 filing fee. Artis's failure to timely comply with this Order will result in the dismissal of the Petition without prejudice and without further advance notice.

1

1  It is further ordered that the Clerk of Court send Artis one blank copy of
2  the IFP application form for inmates along with instructions.
3  DATED THIS 12th day of November 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE