UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARTEL ARTIS,

Petitioner,

v.

WARDEN OF HIGH DESERT STATE PRISON,

Respondent.

Case No. 2:25-cv-02190-ART-NJK

DISMISSAL ORDER

*Pro se* Petitioner Martel Artis filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF Nos. 1-1.) This Court screened the petition and directed Artis to show cause why it should not be dismissed without prejudice as wholly unexhausted given that he had not appealed his judgment of conviction and had yet to file a state habeas petition. (ECF No. 6.) Artis filed a response, but his response was nonresponsive to the exhaustion issue at hand, explaining that he "want[s] to deal with the federal district court . . . because the state is corrupt." (ECF No. 7 at 4.)

It is therefore ordered that the response to the order to show cause (ECF No. 7) is denied.

It is further ordered that the petition is dismissed without prejudice as unexhausted. A certificate of appealability is denied, as jurists of reason would not find dismissal of the petition for the reasons stated herein to be debatable or wrong.

It is further kindly ordered that the Clerk of Court (1) file the petition (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (3) informally serve the Nevada Attorney General with the petition

---

[1]No response is required from Respondents other than to respond to any orders of a reviewing court.

(ECF No. 1-1), this Order, and all other filings in this matter by sending notices of electronic filing to the Nevada Attorney General's office, (4) enter final judgment dismissing this action without prejudice, and (5) close this case.

DATED THIS 5th day of February 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE